FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2  AM 7: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO JOHNS                                   CIVIL ACTION

VERSUS                                          NUMBER: 05-1320

WARDEN JAMES D. MILLER, ET AL.                  SECTION: "S"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this _23_ day of _February_, 2006.

Mary Ann Vial Lemmon
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____